# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *    *
                                       *
BRUHN NEW TECH, INC.,                  *
                                       *
            Plaintiff,                 *
                                       *
      v.                               *    No. 16-92C
                                       *    Filed: June 20, 2016
UNITED STATES,                         *
                                       *
            Defendant.                 *
                                       *
* * * * * * * * * * * * * * * * * *    *
```

## O R D E R

The court is in receipt of plaintiff's June 15, 2016 notice of dismissal. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2015), this court **ORDERS** that this case be **DISMISSED,** without prejudice. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

   **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
   **Judge**